# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | |
| **DIANA FRANCES ROSATI** | **NO. 11-329-2** |

# **O R D E R**

**AND NOW**, this 16th day of November, 2011, upon consideration of defendant's Motion to Set Bail and Vacate Order Granting Government's Motion for Detention (Document No. 40, filed October 11, 2011) and the Government's Response to Defendant's Motion for Pretrial Release (Document No. 42, filed October 12, 2011), after an Evidentiary Hearing and argument of counsel for the Government and defendant on November 10, 2011, for the reasons set forth in the Memorandum dated November 16, 2011, **IT IS ORDERED** that defendant's Motion to Set Bail and Vacate Order Granting Government's Motion for Detention is **DENIED**.

**IT IS FURTHER ORDERED** that:

1. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                         **BY THE COURT:**

                                         _/s/ Hon. Jan E. DuBois_____
                                         **JAN E. DUBOIS, J.**